# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: LATIN HOSPITALITY GROUP, LLC          §     Case No. 17-30364-DM
                                             §
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $81,622.13<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $332,214.78 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $284,778.73 | |

3)  Total gross receipts of $ 616,993.51   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $616,993.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $160,952.91 | $92,453.27 | $92,453.27 | $92,453.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 284,778.73 | 284,778.73 | 284,778.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 213,734.60 | 216,730.28 | 230,388.21 | 230,388.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 552,764.82 | 440,950.21 | 309,695.28 | 9,373.30 |
| **TOTAL DISBURSEMENTS** | $927,452.33 | $1,034,912.49 | $917,315.49 | $616,993.51 |

4) This case was originally filed under Chapter 7 on April 17, 2017. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2019                    By: /s/Andrea Wirum Chapter 7 Trustee
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Leasehold Interest for Commerical Real Property | 1110-000 | 340,000.00 |
| Check from Republic Indemnity Payable to La Urba | 1129-000 | 1,716.57 |
| Type 47 Liquor License ABC License Number 530293 | 1129-000 | 275,000.00 |
| Refund from IRS related to 12/13 940 | 1224-000 | 276.94 |
| **TOTAL GROSS RECEIPTS** | | $616,993.51 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 -3 | Rewards Network Establishment Services Inc. | 4110-000 | 68,540.07 | 68,540.07 | 68,540.07 | 68,540.07 |
| 17 -2 | City & County of San Francisco Tax Collector | 4110-000 | N/A | 23,913.20 | 23,913.20 | 23,913.20 |
| NOTFILED | Alessandra Bonissoli | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Espresso | 4110-000 | 334.70 | N/A | N/A | 0.00 |
| NOTFILED | San Francisco Dept, of Public Health | 4110-000 | 42,078.14 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $160,952.91 | $92,453.27 | $92,453.27 | $92,453.27 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Cushman Wakefield | 2500-000 | N/A | 49,200.00 | 49,200.00 | 49,200.00 |
| Other - Carlos A. Galan and Julie Jessup-Galan | 2410-000 | N/A | 120,000.00 | 120,000.00 | 120,000.00 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2410-000 | N/A | 800.00 | 800.00 | 800.00 |
| Trustee Compensation - Andrea Wirum | 2100-000 | N/A | 34,099.68 | 34,099.68 | 34,099.68 |
| Trustee Expenses - Andrea Wirum | 2200-000 | N/A | 52.60 | 52.60 | 52.60 |
| Other - Dept Alcohol and Beverage Control | 2420-000 | N/A | 976.00 | 976.00 | 976.00 |
| Attorney for Trustee Fees (Trustee Firm) - Rincon Law | 3110-000 | N/A | 68,145.00 | 68,145.00 | 68,145.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Rincon Law | 3120-000 | N/A | 1,430.36 | 1,430.36 | 1,430.36 |
| Accountant for Trustee Expenses (Trustee Firm) - Kokjer, Pierotti, Maiocco & Duck, | 3320-000 | N/A | 8,572.00 | 8,572.00 | 8,572.00 |
| Accountant for Trustee Expenses (Trustee Firm) - Kokjer, Pierotti, Maiocco & Duck, | 3320-000 | N/A | 299.23 | 299.23 | 299.23 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 50.52 | 50.52 | 50.52 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 33.26 | 33.26 | 33.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.18 | 129.18 | 129.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.27 | 124.27 | 124.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.25 | 105.25 | 105.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 112.62 | 112.62 | 112.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.70 | 108.70 | 108.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.54 | 123.54 | 123.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.38 | 108.38 | 108.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 118.21 | 118.21 | 118.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.93 | 119.93 | 119.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$284,778.73** | **$284,778.73** | **$284,778.73** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | State Board of Equalization/Special OPS, | 5800-000 | 120,329.01 | 110,276.98 | 130,721.36 | 130,721.36 |
| 11P | Employment Development Department | 5800-000 | 11,938.38 | 10,426.94 | 10,426.94 | 10,426.94 |
| 16P | FRANCHISE TAX BOARD | 5800-000 | N/A | 800.18 | 800.18 | 800.18 |
| 18 -2 | City & County of San Francisco Tax Collector | 5800-000 | N/A | 6,786.45 | 0.00 | 0.00 |
| 21P | Internal Revenue Service | 5800-000 | 81,467.21 | 88,439.73 | 88,439.73 | 88,439.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $213,734.60 | $216,730.28 | $230,388.21 | $230,388.21 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | State Board of Equalization/Special OPS, | 7100-000 | N/A | 11,254.93 | 0.00 | 0.00 |
| 2 | Aliquot Associates, Inc. | 7100-000 | 1,608.19 | 1,608.19 | 1,608.19 | 52.17 |
| 3 | Southern Glazer's Wine & Spirit of California | 7100-000 | 4,961.68 | 4,806.05 | 4,806.05 | 155.90 |
| 4 | Southern Glazer's Wine and Spirits, LLC | 7100-000 | N/A | 4,820.24 | 4,820.24 | 156.36 |
| 5 | ABS SEAFOOD | 7100-000 | 5,471.00 | 9,393.17 | 9,393.17 | 304.69 |
| 6 | Business Counsel Law Group, LLP | 7100-000 | 23,246.88 | 28,368.48 | 28,368.48 | 920.20 |
| 7 | Del Rey Construction Co. Inc. | 7100-000 | 24,971.00 | 26,471.00 | 26,471.00 | 858.65 |
| 8 | Deluxe Corporation | 7100-000 | 1,055.51 | 1,025.51 | 1,025.51 | 0.00 |
| 9 | Hild & Alice, Inc. dba Pacific Produce | 7100-000 | 9,637.39 | 9,657.93 | 9,657.93 | 313.28 |
| 10 | Alden Law PC | 7100-000 | 7,192.50 | 7,192.50 | 7,192.50 | 233.30 |
| 11U | Employment Development Department | 7300-000 | N/A | 1,563.88 | 1,563.88 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Stero-Clor Chemical Co., Inc. | 7100-000 | 2,111.05 | 2,111.05 | 2,111.05 | 68.48 |
| 14 -2 | Ignacio Krasovitzky | 7100-000 | 63,976.87 | 73,000.00 | 73,000.00 | 2,367.92 |
| 15U | Carlos A. Galan and Julie Jessup-Galan\ | 7100-000 | 90,281.10 | 241,537.62 | 121,537.62 | 3,942.35 |
| 16U | FRANCHISE TAX BOARD | 7200-000 | N/A | 44.00 | 44.00 | 0.00 |
| 20 | Copa Fina Wine Imports | 7200-000 | 543.75 | 543.75 | 543.75 | 0.00 |
| 21U | Internal Revenue Service | 7200-000 | N/A | 17,551.91 | 17,551.91 | 0.00 |
| NOTFILED | AAA Testing | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Abbot, Stringham & Lynch | 7100-000 | 6,594.04 | N/A | N/A | 0.00 |
| NOTFILED | Abel Castillo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Abel Escobar-Ayala | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Adrian Valdez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Adriana Gutierrez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 407.37 | N/A | N/A | 0.00 |
| NOTFILED | Airgas USA, LLC | 7100-000 | 703.43 | N/A | N/A | 0.00 |
| NOTFILED | Alan Campbell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alberto Avramow Pitman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alejandro Adam | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alejandro Campos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alejandro Rios | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alessandra Bonissoli | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alessandra Bonissoli | 7100-000 | 24,176.87 | N/A | N/A | 0.00 |
| NOTFILED | Alex Discua | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Burns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Cook | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexandra Burgos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexandra Dondavill | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alison Newton | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alma Espinola | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aloha Seafood | 7100-000 | 13,832.75 | N/A | N/A | 0.00 |
| NOTFILED | Amir Rashidifar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ana Karen Mis - Contreras | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Manor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ann Roberts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Antonio Canto | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Antonio Chavez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Antonio Rincon Mendez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ari Jochnowitz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ariel Sanchez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Armando Michel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Armando Torres | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Asuncion Cetina-May | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Audrey Brailes-Stafford | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Audrey Chuan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurelio Chulin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Balazs Varga | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayani Inclano | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ben's Dry Ice | 7100-000 | 3,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Benjamin Klein | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Betty Cervantez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blanca Coello | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bon Air Services Inc. | 7100-000 | 1,932.52 | N/A | N/A | 0.00 |
| NOTFILED | Borden Ornelaz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bradley Reingardt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brillit Simental | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bryan Valladares | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Candice Thomas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Insurance Group | 7100-000 | 2,725.10 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Aguilar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Bojorquez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Cab-Espejo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Diaz Santos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Huchin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Quintal | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Torres | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlton Clinkscales | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carolina Munoz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chambers and Chambers | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Hoshman | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chefs Warehouse | 7100-000 | 2,765.99 | N/A | N/A | 0.00 |
| NOTFILED | Christian Magana | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christianna Reinstein | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christina Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christina Prudencio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christina Tamm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christine Byrd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Hauk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Rogalski | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Smith | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation #464 | 7100-000 | 5,106.66 | N/A | N/A | 0.00 |
| NOTFILED | Clinton Sienega | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cocom Santos G | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 1,640.33 | N/A | N/A | 0.00 |
| NOTFILED | Complete Linen | 7100-000 | 3,520.94 | N/A | N/A | 0.00 |
| NOTFILED | Cristhian Moyado | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dalia Quesada | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Nicholls | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Sinhg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Danielle Alailima | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Darling International Inc. | 7100-000 | 758.84 | N/A | N/A | 0.00 |
| NOTFILED | Darrell Klein | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Castillo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David De Rinzy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Hernandez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Soto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DBI Beverage | 7100-000 | 3,068.00 | N/A | N/A | 0.00 |
| NOTFILED | Deivy Ix-Camara | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Denis Barrera Rosa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Denis Jose Juarez Diaz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Denis Rodriguez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Denisse McFerren | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diana Quezada | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diandra Rodriguez | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Domingo Uh-Dzul | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Doris Magowan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edar Rodriguez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edilzar Juarez Mejia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eduardo Fuentes Rivera | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eduardo Portillo Aguilar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eduardo Rallo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eduardo Rallo | 7100-000 | 22,651.10 | N/A | N/A | 0.00 |
| NOTFILED | Eladio Chan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elia Tabello | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Rueda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emily Cruz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emmanuel Fimbrez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emmanuela Greenblatt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emmerzon Hernandez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Erica Celis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Erika Lobato | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ernesto Flores | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Esteban Solis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Estephania Fregoso | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eti Santos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Etty Sierra | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eva Ramirez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Evelin Nayrobis Castillo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Favio Chan Chan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidel Olvera | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fire Sentry Protection Services, Inc | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Francisco Vega | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Lara | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Genevieve Abedon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Williams | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerardo Ferrando | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerardo Ferrando | 7100-000 | 15,020.25 | N/A | N/A | 0.00 |
| NOTFILED | German Miranda | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Green Leaf | 7100-000 | 1,447.65 | N/A | N/A | 0.00 |
| NOTFILED | Gustavo Ulloa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hala Boukerdenna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hallie Smith | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hector Burgos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hector Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hector Solorio-Rojas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Henry Wine Group | 7100-000 | 1,200.50 | N/A | N/A | 0.00 |
| NOTFILED | Hernan Coello | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hiram Uscanga | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hollis Richards-Helmericks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hope Pinelli | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hugo Pinacho | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | lliana Medina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Irvin Rincon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Isain Reyes Guzman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Isrrael Julca | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jacquelyn Quinones | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jaime Ibarra | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Hennen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Perez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jenni Dillon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Looper | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesse Breiman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesse Ramirez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesus Nunez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesus Valdivia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jimmy Gonzalez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jimmy Ryan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jimmy Santamaria Contreras | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joanna Bennett | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Moniz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Ocariz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Torres | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | John Ethier | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Swartz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jonathan Ramos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jordan Wong | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Bernal | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Espinal | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Medina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Santamaria | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Wynne | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Banegas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Bustos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Cab | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Castillo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Figueroa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Hau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Miguel Cornejo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Minreo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Nunez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Quintero | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Sanchez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joselin Gonzalez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Poz-Molesky | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Josue Novelo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jovany Lanza | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase Bank, N.A. | 7100-000 | 2,003.43 | N/A | N/A | 0.00 |
| NOTFILED | Juan Chel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Factor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Garduno | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Garduno | 7100-000 | 22,651.10 | N/A | N/A | 0.00 |
| NOTFILED | Juan Ochoa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Ventura | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juana Vazquez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Julio Aguilera | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Julio Cid | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juventino Huchin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JVS Wine Import, Inc. | 7100-000 | 1,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen Pinto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kari Christensen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Karina Stenquist | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Katherine Kerbleski | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Katherine Murphy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kathryn Mulholland | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kelyn Torres | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth Rutner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Hernandez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KK Electric & Alarm Company | 7100-000 | 2,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Kory Kinney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Krissia Gonzalez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristina Boccabella | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | La Victoria Bakery Corporation | 7100-000 | 1,922.50 | N/A | N/A | 0.00 |
| NOTFILED | Lauren Phillips | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence Armstrong | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Leo Tovey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Leonard Gumm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Leonardo Bucio | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lesli Urias | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lia De Trinidad | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Liane Vieira | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Light Soda | 7100-000 | 2,145.00 | N/A | N/A | 0.00 |
| NOTFILED | Lily Reyes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lourdes Salvatierra | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lucas Ranzuglia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lucas Ranzuglia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Luciano Dominguez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Luis Canul | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Luis Estrella Mis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Luis Tun-Puc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Luladey Tilahun | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M&R Repair Company | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Manna Foods Inc. | 7100-000 | 24,496.23 | N/A | N/A | 0.00 |
| NOTFILED | Manuel Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Manuel Kauil Ku | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Manuel Ochoa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Manuel Orihuela | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Manuel Tolosa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marco Antonio Alfredo Beteta Vallej | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marco Antonio Alfredo Beteta Vallej | 7100-000 | 24,176.87 | N/A | N/A | 0.00 |
| NOTFILED | Maria Flores | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Gurdian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Guschina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Martinez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Olivia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Quezada | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Sanchez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mariah Thies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mariangela Urquizo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario Chabil Betran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario Cruz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario Martinez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario Najera | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maritza Lopez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Reppert | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Martae Hearst | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Martin Cruz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Martin Rivera | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Matagrano Inc | 7100-000 | 136.50 | N/A | N/A | 0.00 |
| NOTFILED | Max Davis Company | 7100-000 | 454.44 | N/A | N/A | 0.00 |
| NOTFILED | Max Kruger | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maximo Ozuna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Megan Rugani | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes Rebollini | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Michael Banks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Blong | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Hayden | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Lamina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michell Hernandez Rodriguez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Micky Rivera | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Miguel Gutierrez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Miguel Naranjo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Milena Pena | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mimi Kang | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Miriam Estrada | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Morgan Tierney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCR Corporation | 7100-000 | 1,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Carlos-Lee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Peralta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nely Cardona | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nia Burres | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicholas Omalley | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nino's Fine Foods | 7100-000 | 17,795.77 | N/A | N/A | 0.00 |
| NOTFILED | No More Dirt Inc. | 7100-000 | 7,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Noe Cetina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nopa Ventuers, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Norlando Melancon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Omar Quintanilla | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Omar Ramirez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | OpenTable, Inc. | 7100-000 | 4,622.81 | N/A | N/A | 0.00 |
| NOTFILED | Oscar Moreno | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oscar Sepulveda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pablo Navarrete | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Edge Wine & Spirits | 7100-000 | 1,078.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Gourmet | 7100-000 | 328.16 | N/A | N/A | 0.00 |
| NOTFILED | Paloma Cordova | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pedro Mora | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Perla Ramirez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 18,877.78 | N/A | N/A | 0.00 |
| NOTFILED | Piotr Rizov | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Raimundo Santamaria | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ramon Cruz Lopez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rangel Avila | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rauch-Milliken International, Inc | 7100-000 | 1,086.96 | N/A | N/A | 0.00 |
| NOTFILED | Recology | 7100-000 | 5,252.19 | N/A | N/A | 0.00 |
| NOTFILED | Renan Bonilla | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Renata Cauchon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Indemnity | 7100-000 | 477.00 | N/A | N/A | 0.00 |
| NOTFILED | Resmex Partners LLC | 7100-000 | 4,490.98 | N/A | N/A | 0.00 |
| NOTFILED | Reuben Junius & Rose, LLP | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Reynaldo Gastelum | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ricardo Guerrero | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rigoberto Umana | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roberto Flores | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodolfo Velasco | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodrigo Evan Yah | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodrigo Lopez Pina Gonzalez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogelio Pacheco | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogelio Tuz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roger May | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rolando Cervates Cohuo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosa Santamaria | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roy Hodgson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ruben Castanon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Russel Caamal | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sabrina Blardone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Salar Hosseinzadeh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Samuel Bahta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | San Francisco Travel Association Attn: | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Santiago Insignares | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santos Chable | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Santos Gedion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santos Martin-Guillen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santos Pech | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santos Pino Chan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santos Xul Chables | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scheila Pacheco | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Sekella | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sean McCarthy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Selene Campos | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sergio Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sergio Manzo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sergio San Vicente | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SF Water, Power & Sewer | 7100-000 | 11,684.04 | N/A | N/A | 0.00 |
| NOTFILED | SF Water, Power & Sewer | 7100-000 | 63.79 | N/A | N/A | 0.00 |
| NOTFILED | Shane McCallion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shayn Hoy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | StaffingWorks, Inc. | 7100-000 | 9,168.00 | N/A | N/A | 0.00 |
| NOTFILED | Sysco San Francisco Inc. | 7100-000 | 16,081.32 | N/A | N/A | 0.00 |
| NOTFILED | Taellon Bautista | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tania Amador | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tatiana Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Taylor Freitas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Terminix | 7100-000 | 679.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Bambeck | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Miller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tiffany Zubiate-Kelly | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tim Veatch | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tortillas de la Tierra | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Trent Simpson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Triin Palu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TriMark Economy Restaurant Fixtures | 7100-000 | 534.76 | N/A | N/A | 0.00 |
| NOTFILED | Victor Garcia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Victor Molina | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vincent Campillo | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Watson Distributing | 7100-000 | 341.53 | N/A | N/A | 0.00 |
| NOTFILED | Western States Beverages | 7100-000 | 52.48 | N/A | N/A | 0.00 |
| NOTFILED | Wilberth Ceh-Martin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wine Warehouse | 7100-000 | 1,219.83 | N/A | N/A | 0.00 |
| NOTFILED | Winston Anyarin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Yadira Gomez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Yakelin Perez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Yolanda Santamaria | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Young's Market Company | 7100-000 | 2,880.09 | N/A | N/A | 0.00 |
| NOTFILED | Zachary Chapman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Zuleyma Hernandez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $552,764.82 | $440,950.21 | $309,695.28 | $9,373.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30364-DM

**Case Name:** LATIN HOSPITALITY GROUP, LLC

**Period Ending:** 03/26/19

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee

**Filed (f) or Converted (c):** 04/17/17 (f)

**§341(a) Meeting Date:** 05/23/17

**Claims Bar Date:** 08/21/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Leasehold Interest for Commerical Real Property<br> See docket 37 sales order which allocated $340k to leasehold and personal property and $275k to liquor license. | 375,000.00 | 375,000.00 | | 340,000.00 | FA |
| 2 | Check from Republic Indemnity Payable to La Urba<br> : Imported from original petition Doc# 15; | 1,716.57 | 1,716.57 | | 1,716.57 | FA |
| 3 | Security Deposit with Landlord (Carlos A. Galan<br> Forfeited | 13,500.00 | | | 0.00 | FA |
| 4 | Security Deposit with Rodrigo Lopez Pina of OSL<br> Debtor had made a deposit to have a booth at Outside Lands which has been forfeited due to non-participation | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Security Deposit with PG&E for 661-663 Divisader<br> Uncollectible as applied to account | 7,151.00 | 0.00 | | 0.00 | FA |
| 6 | Poential Claims Against Managers and/or Members<br> See dockets 49 and 54 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Internal Revenue Service Tax Credit for Overpaym<br> This was not actually a recoverable refund amount per accountant | 26,871.13 | 26,871.13 | | 0.00 | FA |
| 8 | www.laurbanasf.com.<br> no value | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Type 47 Liquor License ABC License Number 530293<br> See docket 37 which allocated $275000 to liquor license. | 225,000.00 | 99,792.31 | | 275,000.00 | FA |
| 10 | Office and Restaurant Furniture (See Attachment<br> See docket 37 these assets were fully encum ered by blanket lien of Rewards Network | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | Office equipment and electronics<br> Fully encumbered by blanket lien of Rewards Network | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | Raw Materials: Canned Food, Bulk Food, and Misce<br> \ these assets were fully encumbered by blanket lien of Rewards Network and of no value | 100.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-30364-DM | **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee |
| **Case Name:** LATIN HOSPITALITY GROUP, LLC | **Filed (f) or Converted (c):** 04/17/17 (f) |
| | **§341(a) Meeting Date:** 05/23/17 |
| **Period Ending:** 03/26/19 | **Claims Bar Date:** 08/21/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | Other inventory or supplies: Miscellaneous Beer, see docket 37 these assets were fully encumbered by blanket lien of Rewards Network | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Restaurant Equipment and Fixtures (See Attachmen See docket 37 - these assets were fully encumbered by blanket lien of Rewards Network | 25,000.00 | 0.00 | | 0.00 | FA |
| 15 | Refund from IRS related to 12/13 940 (u) | 0.00 | 0.00 | | 276.94 | FA |
| 16 | Records at premises (u) Abandoned no value | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | void | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$683,338.70** | **$504,380.01** | | **$616,993.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sent email to Deluxe on 1/31 which was returned so sent same email through website

sent email to the other 2 parties who have not cashed checks with no bouncebacks

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | March 31, 2018 | **Current Projected Date Of Final Report (TFR):** | September 17, 2018 (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 17-30364-DM | **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** | LATIN HOSPITALITY GROUP, LLC | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******4266 - Checking Account |
| **Taxpayer ID #:** | **-***4132 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/26/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/17 | {2} | Republic Indemnity | check from Republic Indemnity payable to La Urbana | 1129-000 | 1,716.57 | | 1,716.57 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,706.57 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,696.57 |
| 07/12/17 | {15} | Internal Revenue Service | Refund 2013 940 | 1224-000 | 276.94 | | 1,973.51 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,963.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,953.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,943.51 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,933.51 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,923.51 |
| 12/07/17 | | Fidelity Title | Partial proceeds from sale of leasehold | | 124,259.93 | | 126,183.44 |
| | {1} | Cushman Wakefield | | 340,000.00 | 1110-000 | | 126,183.44 |
| | | Cushman Wakefield | | -27,200.00 | 2500-000 | | 126,183.44 |
| | | Rewards Network Establishment Services Inc. | | -68,540.07 | 4110-000 | | 126,183.44 |
| | | Carlos A. Galan and Julie Jessup-Galan | | -120,000.00 | 2410-000 | | 126,183.44 |
| 12/13/17 | 101 | Rincon Law | Interim Comp Docket 52 | 3110-000 | | 46,805.00 | 79,378.44 |
| 12/13/17 | 102 | Rincon Law | Interim expenses Docket 52 | 3120-000 | | 670.48 | 78,707.96 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.18 | 78,578.78 |
| 01/03/18 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2018 FOR CASE #17-30364, Payment on Bond 016048574 | 2300-000 | | 50.52 | 78,528.26 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.27 | 78,403.99 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.25 | 78,298.74 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.62 | 78,186.12 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.70 | 78,077.42 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.54 | 77,953.88 |
| 06/27/18 | 104 | Dept Alcohol and Beverage Control | Extension Fee 47-530293 | 2420-000 | | 976.00 | 76,977.88 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.38 | 76,869.50 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.21 | 76,751.29 |
| 08/29/18 | | Fidelity National Title Company | Proceeds from Liquor License Escrow | | 122,278.64 | | 199,029.93 |
| | {9} | State Board of Equalization/Special OPS, MIC:55 | | 275,000.00 | 1129-000 | | 199,029.93 |
| | | State Board of Equalization/Special OPS, | | -130,721.36 | 5800-000 | | 199,029.93 |

{} Asset reference(s)

Case: 17-30364  Doc# 77  Filed: 04/12/19  Entered: 04/12/19 09:25:29  Page 20 of 22

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30364-DM | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** LATIN HOSPITALITY GROUP, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4266 - Checking Account |
| **Taxpayer ID #:** **-***4132 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/26/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | MIC:55 | | | | | |
| | | Cushman Wakefield | -22,000.00 | 2500-000 | | | 199,029.93 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.93 | 198,910.00 |
| 12/17/18 | 105 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 800.00 | 198,110.00 |
| 12/17/18 | 106 | Andrea Wirum | Dividend paid 100.00% on $34,099.68, Trustee Compensation; Reference: | 2100-000 | | 34,099.68 | 164,010.32 |
| 12/17/18 | 107 | Andrea Wirum | Dividend paid 100.00% on $52.60, Trustee Expenses; Reference: | 2200-000 | | 52.60 | 163,957.72 |
| 12/17/18 | 108 | Rincon Law | Dividend paid 100.00% on $68,145.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 21,340.00 | 142,617.72 |
| 12/17/18 | 109 | Rincon Law | Dividend paid 100.00% on $1,430.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 759.88 | 141,857.84 |
| 12/17/18 | 110 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $8,572.00, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 8,572.00 | 133,285.84 |
| 12/17/18 | 111 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $299.23, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 299.23 | 132,986.61 |
| 12/17/18 | 112 | City & County of San Francisco Tax Collector | Final Dividend paid on Claim# 17 -2; Reference: | 4110-000 | | 23,913.20 | 109,073.41 |
| 12/17/18 | 113 | Employment Development Department | Final Dividend paid on Claim# 11P; Reference: | 5800-000 | | 10,426.94 | 98,646.47 |
| 12/17/18 | 114 | FRANCHISE TAX BOARD | Final Dividend paid on Claim# 16P; Reference: | 5800-000 | | 800.18 | 97,846.29 |
| 12/17/18 | 115 | Internal Revenue Service | Final Dividend paid on Claim# 21P; Reference: | 5800-000 | | 88,439.73 | 9,406.56 |
| 12/17/18 | 116 | Aliquot Associates, Inc. | Final Dividend paid on Claim# 2; Reference: | 7100-000 | | 52.17 | 9,354.39 |
| 12/17/18 | 117 | Southern Glazer's Wine & Spirit of California | Final Dividend paid on Claim# 3; Reference: | 7100-000 | | 155.90 | 9,198.49 |
| 12/17/18 | 118 | Southern Glazer's Wine and Spirits, LLC | Final Dividend paid on Claim# 4; Reference: | 7100-000 | | 156.36 | 9,042.13 |
| 12/17/18 | 119 | ABS SEAFOOD | Final Dividend paid on Claim# 5; Reference: | 7100-000 | | 304.69 | 8,737.44 |
| 12/17/18 | 120 | Business Counsel Law Group, LLP | Final Dividend paid on Claim# 6; Reference: | 7100-000 | | 920.20 | 7,817.24 |
| 12/17/18 | 121 | Del Rey Construction Co. Inc. | Final Dividend paid on Claim# 7; Reference: Stopped on 02/04/19 | 7100-000 | | 858.65 | 6,958.59 |
| 12/17/18 | 122 | Deluxe Corporation | Final Dividend paid on Claim# 8; Reference: | 7100-000 | | 33.26 | 6,925.33 |

| | | | Subtotals : | | $0.00 | $192,104.60 | |

Case: 17-30364   Doc# 77   Filed: 04/12/19   Entered: 04/12/19 09:25:29   Page 21 of 22

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 17-30364-DM | **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** | LATIN HOSPITALITY GROUP, LLC | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******4266 - Checking Account |
| **Taxpayer ID #:** | **-***4132 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/26/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 03/19/19 | | | | |
| 12/17/18 | 123 | Hild & Alice, Inc. dba Pacific Produce | Final Dividend paid on Claim# 9; Reference: | 7100-000 | | 313.28 | 6,612.05 |
| 12/17/18 | 124 | Alden Law PC | Final Dividend paid on Claim# 10; Reference: | 7100-000 | | 233.30 | 6,378.75 |
| 12/17/18 | 125 | Stero-Clor Chemical Co., Inc. | Final Dividend paid on Claim# 12; Reference: | 7100-000 | | 68.48 | 6,310.27 |
| 12/17/18 | 126 | Ignacio Krasovitzky | Final Dividend paid on Claim# 14 -2; Reference: | 7100-000 | | 2,367.92 | 3,942.35 |
| 12/17/18 | 127 | Carlos A. Galan and Julie Jessup-Galan\ | Final Dividend paid on Claim# 15U; Reference: | 7100-000 | | 3,942.35 | 0.00 |
| 02/04/19 | 121 | Del Rey Construction Co. Inc. | Final Dividend paid on Claim# 7; Reference: Stopped: check issued on 12/17/18 | 7100-000 | | -858.65 | 858.65 |
| 02/04/19 | 128 | Del Rey Construction Co. Inc. | replacement check for final dividend | 7100-000 | | 858.65 | 0.00 |
| 03/19/19 | 122 | Deluxe Corporation | Final Dividend paid on Claim# 8; Reference: Stopped: check issued on 12/17/18 | 7100-000 | | -33.26 | 33.26 |
| 03/19/19 | 129 | United States Bankruptcy Court Registry | Unclaim funds going into registry | 2700-000 | | 33.26 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 248,532.08 | 248,532.08 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 248,532.08 | 248,532.08 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$248,532.08** | **$248,532.08** | |

| | |
|---|---|
| Net Receipts : | 248,532.08 |
| Plus Gross Adjustments : | 368,461.43 |
| Net Estate : | $616,993.51 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4266** | 248,532.08 | 248,532.08 | 0.00 |
| | $248,532.08 | $248,532.08 | $0.00 |

{} Asset reference(s)                                                                Printed: 03/26/2019 10:22 AM   V.14.50